THE PEOPLE EX REL. ROBERT CATHCART v. THE TREASURER
OF MERRITT TOWNSHIP.

*Payment of township ditch orders.*

Ditch orders are not general township charges and can be paid only
out of the particular assessment on the credit of which they
were drawn, and which constitutes a separate fund by itself.
Comp. L., § 1795.

MANDAMUS. Submitted and decided Jan. 22. Denied.

*Luther Beckwith* for the relator.

*T. A. E. Weadock* for the respondent.

PER CURIAM.   In answer to an order to show.cause
why he should not be compelled to pay certain ditch
orders, respondent showed there was no money in the
fund on which they were drawn, and that the collection
of the assessment had been judicially restrained as illegal.

*Held,* That such orders were not general township
charges, and that although the assessment was payable
into the town treasury, it still remained a separate fund,
and that such orders could only be paid out of the par-
ticular assessment on the credit of which they were
drawn.   1 Comp. L., § 1795, provides expressly for the
keeping of such funds separate?